# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Constance Coleman

                                    Plaintiff,

v.                                                                Case No.: 1:08−cv−01959
                                                                 Honorable Ruben Castillo

Bvlgari Corporation of America

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

       MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 6/16/2008. Full confidential settlement reached. This lawsuit is dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.