IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE COLEMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>BVLGARI CORPORATION OF AMERICA[1],<br><br>        Defendant. | No. 08cv1959<br><br>Judge Ruben Castillo<br>Magistrate Judge Maria Valdez |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Constance Coleman, and Defendant, Bulgari Corporation of America, by and through their attorneys, hereby submit the instant Stipulation to Dismiss With Prejudice the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a).

The parties have attached a proposed order dismissing this matter as Exhibit 1.

WHEREFORE, the Parties respectfully request that the Court dismiss the above captioned matter with prejudice and without costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CONSTANCE COLEMAN | BULGARI CORPORATION OF AMERICA |
| By: *Armand L. Andry*<br>    One of her attorneys | By: *Asilia S. Backus*<br>    One of its attorneys |
| Armand L. Andry<br>ARMAND L. ANDRY & ASSOCIATES<br>One South Dearborn, Suite 2100<br>Chicago, IL 60603<br>773.626.3058 (phone)<br>773.626.3061 (facsimile) | Paul E. Bateman<br>Asilia S. Backus<br>LITTLER MENDELSON<br>A Professional Corporation<br>200 North LaSalle Street, Suite 2900<br>Chicago, IL 60601<br>312.372.5520 (phone)<br>312.372.7880 (facsimile) |

---

[1] Defendant affirmatively states that its name is Bulgari Corporation of America.