# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Constance Coleman
                                   Plaintiff,

v.                                              Case No.: 1:08−cv−01959
                                             Honorable Ruben Castillo

Bvlgari Corporation of America
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

       MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed with prejudice pursuant to the Stipulation to Dismiss with Prejudice filed by the parties on 6/25/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.